IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02194-BNB

DAWANE A. MALLETT,

Applicant,

v.

BLAKE R. DAVIS, and
UNITED STATES,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 12 2010

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING APPLICANT TO FILE AMENDED PLEADING

---

Applicant, Dawane A. Mallett, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary Administrative Maximum (ADX) in Florence, Colorado. On September 23, Mr. Mallett filed a *pro se* application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. For the reasons stated below, Mr. Mallett will be ordered to file an amended pleading.

The Court has reviewed the application filed in this action and finds that the claims Mr. Mallett asserts are not habeas corpus claims. "The essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." **See Preiser v. Rodriguez**, 411 U.S. 475, 484 (1973). Mr. Mallett is not challenging the validity of his conviction or the execution of his sentence. Instead, he challenges the conditions of his confinement. Specifically, Mr. Mallett complains that he is an indigent prisoner, that

prison officials have been destroying his administrative remedy requests, and that he did not receive due process prior to his transfer to ADX.

Generally, a prisoner's challenge to his conditions of confinement is cognizable in a civil rights action. *See, e.g., Richards v. Bellmon*, 941 F.2d 1015, 1018 (10th Cir. 1991). Therefore, because the claims Mr. Mallett raises in this action properly should be asserted in a civil rights action, he will be directed to file a Prisoner Complaint pursuant to 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) if he wishes to pursue his claims in this action.

Further, Mr. Mallett may not sue the United States of America in a *Bivens* action. *See Correctional Services Corp. v. Malesko*, 534 U.S. 61, 66 (2001); *Simmat v. U.S. Bureau of Prisons*, 413 F.3d 1225, 1231 (10th Cir. 2005). Mr. Mallett also must name specific defendants in the caption who are responsible for the alleged constitutional deprivations and demonstrate how each named defendant personally participated in the asserted claims in the text of the Complaint. Personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). In order for Mr. Mallett to state a claim in federal court, his "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that Mr. Mallett file **within thirty (30) days from the date of this order** an amended prisoner complaint that complies with this order. It is

FURTHER ORDERED that it shall be titled "Amended Prisoner Complaint," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Mallett, together with a copy of this order, two copies of the following form to be used in submitting the amended complaint: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Mallett fails within the time allowed to file an amended prisoner complaint as directed in this order the action will be dismissed without further notice.

DATED October 12, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02194-BNB

Dawane Arthur Mallett
Reg No. 13944-097
ADX - Florence
P.O. Box 8500
Florence, CO 81226-8500

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on __10/12/10__

GREGORY C. LANGHAM, CLERK

By_____
    Deputy Clerk