IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02194-BNB

DAWANE A. MALLETT,

    Applicant,

v.

BLAKE R. DAVIS, and
UNITED STATES,

    Respondents.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -2 2010

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Applicant, Dawane A. Mallett, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary Administrative Maximum in Florence, Colorado.

Mr. Mallett initiated this action by filing *pro se* a "Motion to (Magistrate Judge) of District Court of Colorado, under Title 18-U.S.C.-3569 - Discharge of Indigent Prisoner" on August 25, 2010. By order dated September 8, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Mallett to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Mallett to submit a 28 U.S.C. § 1915 motion on the proper, Court-approved form and to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on the court-approved form. Mr. Mallett cured the deficiencies in this action on September 23, 2010.

Magistrate Judge Boland granted Mr. Mallett leave to proceed pursuant to § 1915 by order dated September 29, 2010. On October 12, 2010, Magistrate Judge Boland reviewed the application filed on September 23, 2010, and determined that it was deficient because Mr. Mallett was suing improper parties. Magistrate Judge Boland also determined that the claims asserted by Mr. Mallett were not habeas corpus claims because Mr. Mallett was challenging the conditions of his confinement instead of the validity of his conviction or the execution of his sentence. Therefore, finding that Mr. Mallett's claims properly should be asserted in a civil rights action, Magistrate Judge Boland directed him to file an Amended Prisoner Complaint pursuant to **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971). Mr. Mallett was warned that the action would be dismissed without further notice if he failed to file an amended pleading within thirty days.

Mr. Mallett has not filed an Amended Prisoner Complaint, as directed by Magistrate Judge Boland, nor has he communicated with the Court since September 23, 2010. As a result, he has failed to file an amended pleading within the time allowed. Therefore, the Application and action will be dismissed without prejudice. Accordingly, it is

ORDERED that the Application and this action are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to file an amended pleading within the time allowed. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 1st day of December, 2010.

BY THE COURT:

*Zita Leeson Weinshienk*
_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02194-BNB

Dawane Arthur Mallett
Reg No. 13944-097
ADX - Florence
P.O. Box 8500
Florence, CO 81226-8500

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/2/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk